# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO HUMBERTO MARTINEZ-HERNANDEZ, <br><br> Defendant. | Case No. 19cr2793-GPC <br><br> **ORDER AND JUDGMENT OF DISMISSAL** <br><br> [ECF No. 17] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF No. 11] in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 22, 2019

Hon. Gonzalo P. Curiel
United States District Judge